**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 27, 2023
Docket #: 23-7222
Short Title: United States of America v. Raji

DC Docket #: 1:19-cr-870-1
DC Court: S.D.N.Y. (NEW YORK CITY)
Trial Judge - Jesse M. Furman

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_ Record on Appeal - Certified List

\_\_\_\_ Record on Appeal - CD ROM

\_\_\_\_ Record on Appeal - Paper Documents

\_X\_\_ Record on Appeal - Electronic Index

\_\_\_\_ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8564.