## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, September 28, 2023 3:24 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:19-cr-00870-JMF USA v. Raji Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/28/2023 at 3:24 PM EDT and filed on 9/28/2023

| | |
|---|---|
| **Case Name:** | USA v. Raji |
| **Case Number:** | 1:19-cr-00870-JMF |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Mustapha Raji re: [151] Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd)**

**1:19-cr-00870-JMF-1 Notice has been electronically mailed to:**

Jeremy Schneider     jschneider@rssslaw.com, mulerio@rssslaw.com, office@rssslaw.com

Anne Berkowitz Sekel     asekel@foley.com, anne-sekel-8745@ecf.pacerpro.com, docketflow@foley.com

Eun Young Choi     eun.young.choi@usdoj.gov, USANYS.ECF@USDOJ.GOV

Jilan Janet Kamal     jilan.kamal@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Catherine Elaine Ghosh     catherine.ghosh@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Robert Benjamin Sobelman     robert.sobelman@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Dina McLeod     dina.mcleod@usdoj.gov, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

**1:19-cr-00870-JMF-1 Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:19–cr–00870–JMF All Defendants

Case title: USA v. Raji

Date Filed: 12/04/2019

Date Terminated: 09/20/2023

Assigned to: Judge Jesse M. Furman

### Defendant (1)

**Mustapha Raji**
*TERMINATED: 09/20/2023*
also known as
Sealed Defendant 1
*TERMINATED: 09/20/2023*

represented by **Jeremy Schneider**
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
212–571–5500
Fax: 212–571–5507
Email: jschneider@rssslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT WIRE FRAUD
(1)

18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION
(2)

18:2315.F SALE OR RECEIPT OF STOLEN GOODS, SECURITIES, MONEYS, ETC.
(3)

18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (CONSPIRACY)
(4)

### Disposition

Imprisonment: 36 months on each count to be served concurrently; Supervised Release: 3 years

Imprisonment: 36 months on each count to be served concurrently; Supervised Release: 3 years

Imprisonment: 36 months on each count to be served concurrently; Supervised Release: 3 years

Imprisonment: 36 months on each count to be served concurrently; Supervised Release: 3 years

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

**Interested Party**

| | | |
|---|---|---|
| **Stroz Friedberg Inc.**<br>*TERMINATED: 09/20/2023* | represented by | **Anne Berkowitz Sekel**<br>Foley & Lardner, LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212)–682–7474<br>Fax: (212)–682–2329<br>Email: asekel@foley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Eun Young Choi**<br>United States Attorney's Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212) 637–2187<br>Fax: (212) 637–3290<br>Email: eun.young.choi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Benjamin Sobelman**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212)–637–2616<br>Email: robert.sobelman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Catherine Elaine Ghosh**<br>US Attorney's Office– Southern District of New York<br>1 St. Andrew's Plaza<br>New York, NY 10007<br>212–637–1114<br>Email: catherine.ghosh@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Dina McLeod**<br>United States Attorney's Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212)–637–1040<br>Email: dina.mcleod@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Jilan Janet Kamal**<br>U.S. Attorney's Office– SDNY<br>1 Saint Andrew's Plaza<br>New York, NY 10007<br>212–637–2192<br>Fax: 212–637–2527<br>Email: jilan.kamal@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/04/2019 | 2 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, 4. (jm) (Entered: 12/26/2019) |
| 12/05/2019 | 1 | SEALED DOCUMENT placed in vault. (rz) (Entered: 12/05/2019) |
| 12/20/2019 | 3 | Order to Unseal Indictment as to Sealed Defendant 1. (Signed by Magistrate Judge Kevin Nathaniel Fox on 12/20/19)(jm) (Entered: 12/26/2019) |
| 12/20/2019 | | INDICTMENT UNSEALED as to Mustapha Raji. (jm) (Entered: 12/26/2019) |
| 12/20/2019 | | Case Designated ECF as to Mustapha Raji. (jm) (Entered: 12/26/2019) |
| 12/20/2019 | | Case as to Mustapha Raji ASSIGNED to Judge Jesse M. Furman. (jm) (Entered: 12/26/2019) |
| 12/20/2019 | | Arrest of Mustapha Raji in the United States District Court – Southern District of Florida. (jm) (Entered: 01/14/2020) |
| 01/14/2020 | 5 | Rule 5(c)(3) Documents Received as to Mustapha Raji from the United States District Court – Southern District of Florida. (jm) (Entered: 01/14/2020) |
| 01/22/2020 | 6 | LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated January 22, 2020 re: Request for the Exclusion of Time . Document filed by USA as to Mustapha Raji. (McLeod, Dina) (Entered: 01/22/2020) |
| 01/23/2020 | 7 | ORDER denying 6 LETTER MOTION seeking an exclusion of time under the Speedy Trial Act as to Mustapha Raji (1). The Court is troubled by the fact that it will take the U.S. Marshal Service approximately one month to transport the Defendant to this District from Florida. The Government is directed to contact the Marshals to determine the reasons for that delay and to then advise the Court. The Government's motion is denied without prejudice to renewal after it provides that explanation. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/23/2020) (Text Only Order) (Furman, Jesse) (Entered: 01/23/2020) |
| 01/27/2020 | 8 | LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman from Dina McLeod dated January 27, 2020 re: Response to Court's Question re: Transport Document filed by USA. (McLeod, Dina) (Entered: 01/27/2020) |
| 02/05/2020 | 9 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Initial Appearance on disposition sheet as to Mustapha Raji held on 2/5/2020. Deft present with atty David Stern, standing in for Jeremy Schneider. AUSA Dina McLeod present. Detention on consent without prejudice. (jw) Modified on 2/7/2020 (ab). (Entered: 02/06/2020) |
| 02/05/2020 | 10 | Medical Attention Form as to Mustapha Raji. (jw) (Entered: 02/06/2020) |
| 02/05/2020 | 11 | CJA 23 Financial Affidavit by Mustapha Raji. (Signed by Magistrate Judge Sarah Netburn) Attorney David Stern present (jw) (Entered: 02/06/2020) |
| 02/05/2020 | | Attorney update in case as to Mustapha Raji. Attorney David M Stern for Mustapha Raji added. (jw) (Entered: 02/06/2020) |
| 02/07/2020 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Arraignment as to Mustapha Raji (1) Counts 1–4 held on 2/7/2020. Defendant present (in custody) with attorney Jeremy Schneider. AUSA Dina McLeod present. Court reporter present. –– Defendant pleads NOT GUILTY to Counts 1–4 of the Indictment. Discovery due by 2/21/2020. Motions due by 5/8/2020. Opposition due by 5/22/2020. Replies due by 5/29/2020. The next Pretrial Conference is scheduled for 5/11/2020 at 3:30 PM. Time is excluded in the interests of justice from 2/7/2020 until 5/11/2020. (ab) (Entered: 02/11/2020) |
| 02/07/2020 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Plea entered by Mustapha Raji (1) Counts 1,2,3,4 Not Guilty. (ab) (Entered: 02/11/2020) |
| 02/10/2020 | 12 | PROTECTIVE ORDER as to Mustapha Raji...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Jesse M. Furman on 2/10/2020) (ab) (Entered: 02/10/2020) |
| 02/10/2020 | 13 | SEALED DOCUMENT held in Chambers. (ab) (Entered: 02/10/2020) |

| | | |
|---|---|---|
| 02/12/2020 | 14 | NOTICE OF ATTORNEY APPEARANCE: Jeremy Schneider appearing for Mustapha Raji. Appearance Type: CJA Appointment. (Schneider, Jeremy) (Entered: 02/12/2020) |
| 03/04/2020 | 15 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Arraignment held on 2/7/2020 before Judge Jesse M. Furman. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2020. Redacted Transcript Deadline set for 4/6/2020. Release of Transcript Restriction set for 6/2/2020. (McGuirk, Kelly) (Entered: 03/04/2020) |
| 03/04/2020 | 16 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Arraignment proceeding held on 2/7/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 03/04/2020) |
| 04/14/2020 | 17 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated April 14, 2020 re: Respectfully requesting extension of motion deadlines and an adjournment of status conference . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 04/14/2020) |
| 04/17/2020 | 18 | MEMO ENDORSEMENT as to Mustapha Raji (1) on 17 LETTER MOTION extension of motion deadlines and an adjournment of status conference : Application GRANTED. The schedule suggested by the parties is hereby ADOPTED. The pretrial conference is ADJOURNED to June 29, 2020, at 3:30 p.m. Time is excluded in the interests of justice to allow the defendant and counsel adequate time to review the voluminous discovery and prepare pretrial motions. The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED. (Signed by Judge Jesse M. Furman on 4/17/2020) (ab) (Entered: 04/17/2020) |
| 05/14/2020 | 19 | NOTICE OF ATTORNEY APPEARANCE Eun Young Choi appearing for USA. (Choi, Eun Young) (Entered: 05/14/2020) |
| 05/18/2020 | 20 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated May 18, 2020 re: Request for Release from Custody Due to Covid–19 . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 05/18/2020) |
| 05/18/2020 | 21 | ORDER with respect to 20 LETTER MOTION seeking bail as to Mustapha Raji (1). Given the time sensitivities, the Government shall file any opposition by Wednesday, May 20, 2020, at 5 p.m; any reply shall be filed by Thursday, May 21, 2020, at noon. The Court will advise the parties if it decides to hold a conference by telephone or video. SO ORDERED. (Signed by Judge Jesse M. Furman on 5/18/2020) (Text Only Order) (Furman, Jesse) (Entered: 05/18/2020) |
| 05/22/2020 | 22 | ORDER with respect to 20 LETTER MOTION seeking bail as to Mustapha Raji (1). The Court will hold a hearing with counsel by telephone on May 26, 2020, at 3:00 p.m. See ECF No. 20 , at 1 (consenting to a telephonic hearing and waiving the Defendant's appearance). At that time, counsel shall call the Court's dedicated conference call line at (888) 363–4749, using access code 542–1540 followed by the pound (#) key. Members of the public and press may attend using the same dial–in information; they will be placed in listen–only mode. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID–19, which are available at https://nysd.uscourts.gov/hon–jesse–m–furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate. SO ORDERED. (Signed by Judge Jesse M. Furman on 5/22/2020) (Text Only Order) (Furman, Jesse) (Entered: 05/22/2020) |
| 05/22/2020 | 23 | ORDER as to Mustapha Raji: The time of the bail hearing on May 26, 2020, is hereby CHANGED to 2 p.m. SO ORDERED. (Signed by Judge Jesse M. Furman on 5/22/2020) (Text Only Order)(Furman, Jesse) (Entered: 05/22/2020) |

| | | |
|---|---|---|
| 05/25/2020 | 24 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MEMORANDUM in Opposition by USA as to Mustapha Raji re 20 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated May 18, 2020 re: Request for Release from Custody Due to Covid–19 .. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Choi, Eun Young) Modified on 5/25/2020 (ka). (Entered: 05/25/2020) |
| 05/25/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Mustapha Raji: Notice to Attorney Choi, Eun Young to RE–FILE Document 24 Memorandum in Opposition to Motion. Use the event type Letter found under the event list Other documents. (ka)** (Entered: 05/25/2020) |
| 05/26/2020 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Bail Hearing as to Mustapha Raji held via telephone on 5/26/2020. Defense counsel Jeremy Schneider present. AUSA Eun Young Choi and Dina McLeod present. Pretrial Officer Francesca Piperato present. Court reporter present. –– Defendant's presence is waived. Bail argument held. Decisions is reserved. (ab) (Entered: 06/10/2020) |
| 05/27/2020 | 25 | ORDER as to Mustapha Raji (1) granting 20 LETTER MOTION equest for Release from Custody Due to Covid–19: Upon review of the parties submissions and consideration of the arguments made by counsel during the telephonic bail hearing held yesterday, the Court GRANTS Defendants application for bail. See ECF No. 20. (Signed by Judge Jesse M. Furman on 5/27/2020) (ab) (Entered: 05/27/2020) |
| 05/28/2020 | 26 | SEALED DOCUMENT held in Chambers. (ab) (Entered: 05/28/2020) |
| 06/12/2020 | 27 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated June 12, 2020 re: Respectfully requesting modification of bond conditions . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 06/12/2020) |
| 06/12/2020 | 28 | ORDER with respect to 27 LETTER MOTION seeking modification of bail as to Mustapha Raji (1). The Government shall file a response as soon as possible, but no later than 3 p.m. today. SO ORDERED. (Signed by Judge Jesse M. Furman on 6/12/2020) (Text Only Order) (Furman, Jesse) (Entered: 06/12/2020) |
| 06/12/2020 | 29 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** RESPONSE to Motion by USA as to Mustapha Raji re: 27 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated June 12, 2020 re: Respectfully requesting modification of bond conditions .. (Choi, Eun Young) Modified on 6/12/2020 (ka). (Entered: 06/12/2020) |
| 06/12/2020 | 30 | ORDER denying without prejudice 27 LETTER MOTION seeking modification of bail as to Mustapha Raji (1). The Court had mistakenly assumed from Defendant's motion that the two proposed co–signers had been interviewed and approved by the Government already. In light of the fact that they have not, the application is denied without prejudice to renewal in the event that the Government approves them. SO ORDERED. (Signed by Judge Jesse M. Furman on 6/12/2020) (Text Only Order) (Furman, Jesse) (Entered: 06/12/2020) |
| 06/12/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Mustapha Raji: Notice to Attorney Choi, Eun Young to RE–FILE Document 29 Response to Motion. Use the event type Letter found under the event list Other documents. (ka)** (Entered: 06/12/2020) |
| 06/15/2020 | 31 | ORDER as to Mustapha Raji: In light of the circumstances surrounding COVID–19, the Court is unable to hold the upcoming conference in this case in person. Counsel are directed to confer and, within two business days of this Order, submit a joint letter indicating their views on whether a conference is necessary or if it should be adjourned (and, if so, for how long). (Signed by Judge Jesse M. Furman on 6/15/2020) (ab) (Entered: 06/15/2020) |
| 06/16/2020 | 32 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Conference held on 5/26/2020 before Judge Jesse M. Furman. Court Reporter/Transcriber: Rose Prater, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/7/2020. Redacted Transcript Deadline set for 7/17/2020. Release of Transcript Restriction set for 9/14/2020. (McGuirk, Kelly) (Entered: 06/16/2020) |

| | | |
|---|---|---|
| 06/16/2020 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Conference proceeding held on 5/26/2020 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/16/2020) |
| 06/17/2020 | 34 | LETTER by Mustapha Raji addressed to Judge Jesse M. Furman from Jeremy Schneider dated June 17, 2020 re: Response to Court's Order regarding June 29, 2020 status conference (Schneider, Jeremy) (Entered: 06/17/2020) |
| 06/18/2020 | 35 | MEMO ENDORSEMENT as to Mustapha Raji on 34 Letter Response to Court's Order : Application GRANTED. The motions schedule is hereby ADOPTED. The pretrial conference is ADJOURNED to October 29, 2020 at 3:00 p.m. The Government should submit a proposed order excluding time through that date. The Clerk of Court is directed to terminate Doc. #34. (Signed by Judge Jesse M. Furman on 6/17/2020) (ab) (Entered: 06/18/2020) |
| 07/27/2020 | 36 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated July 27, 2020 re: Respectfully requesting modification of the Court's May 27, 2020 Bail Order . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 07/27/2020) |
| 07/27/2020 | 37 | MEMO ENDORSEMENT as to Mustapha Raji (1) on 36 LETTER MOTION Respectfully requesting modification of the Court's May 27, 2020 Bail Order: Application GRANTED. The Clerk of Court is directed to terminate Doc. #36. SO ORDERED.. (Signed by Judge Jesse M. Furman on 7/27/2020) (ab) (Entered: 07/27/2020) |
| 09/14/2020 | 38 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated September 14, 2020 re: Temporary Bond Modification to Permit Travel for Medical Appointment . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 09/14/2020) |
| 09/15/2020 | 39 | MEMO ENDORSEMENT as to Mustapha Raji on 38 LETTER MOTION re Temporary Bond Modification: Application GRANTED. The Clerk of Court is directed to terminate Doc. #38. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/15/2020) (ab) (Entered: 09/15/2020) |
| 09/22/2020 | 40 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated September 22, 2020 re: Request for Bond Modification . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 09/22/2020) |
| 09/22/2020 | 41 | MEMO ENDORSEMENT as to Mustapha Raji (1) granting 40 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated September 22, 2020 re: Request for Bond Modification. ENDORSEMENT: Application GRANTED. The Clerk of Court is directed to terminate Doc. #40. (Signed by Judge Jesse M. Furman on 9/22/2020) (ap) (Entered: 09/22/2020) |
| 09/25/2020 | 42 | LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated September 25, 2020 re: Request for Exclusion of Time Under the Speedy Trial Act . Document filed by USA as to Mustapha Raji. (McLeod, Dina) (Entered: 09/25/2020) |
| 09/25/2020 | 43 | MEMO ENDORSEMENT as to Mustapha Raji on 42 LETTER MOTION re Request for Exclusion of Time Under the Speedy Trial Act: Unless the Court is missing something, there would be no basis at this time to move to dismiss on speedy trial grounds, as there would remain 53 days on the speedy trial clock. In any event, the application is GRANTED. For the reasons set forth in the Government's letter, time is hereby excluded under the Speedy Trial Act between today, September 25, 2020, and October 29, 2020. The Clerk of Court is directed to terminate ECF No. 42. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/25/2020) (ab) (Entered: 09/25/2020) |
| 10/01/2020 | 74 | Appearance Bond Entered as to Mustapha Raji: $100,000 Personal Recognizance Bond; To be cosigned by three financially responsible persons; Secured by $10,000 in collateral; Additional conditions.... [**Advice of Penalties and Sanctions attached.] (jbo) (Entered: 08/04/2021) |

| | | |
|---|---|---|
| 10/13/2020 | 44 | ORDER as to Mustapha Raji. There is a proceeding in this matter scheduled for October 29, 2020. Counsel are directed to confer and, within two business days of this Order, submit a joint letter indicating their views on whether the proceeding should be held or if it should be adjourned (and, if so, for how long). If either party believes that the proceeding should be held, counsel should explain why and indicate their views on (1) whether the proceeding should be held in person or remotely; and (2) whether, if permitted Court under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether. If the defendant is detained, counsel should identify the facility in which the Defendant is held; if the Defendant is not detained, counsel should indicate whether the Defendant would be capable of participating in a remote proceeding. Counsel is advised that, for the foreseeable future, some facilities (including the Metropolitan Correctional Center and the Metropolitan Detention Center) may require that any inmate appearing in court be quarantined for 14 days upon returning from their appearance...... After reviewing the parties' joint letter, the Court will issue an order indicating whether the proceeding will be held and, if so, how; and addressing any other relevant deadlines and information. If a proceeding is held, it may have to be at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote. In the event of a remote proceeding, counsel should review and comply with the Courts Emergency Individual Rules and Practices in Light of COVID–19, available at https://nysd.uscourts.gov/hon–jesse–m–furman. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/13/2020)(bw) (Entered: 10/13/2020) |
| 10/14/2020 | 45 | LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated October 14, 2020 re: Request for Adjournment of Conference . Document filed by USA as to Mustapha Raji. (McLeod, Dina) (Entered: 10/14/2020) |
| 10/16/2020 | 46 | MEMO ENDORSEMENT as to Mustapha Raji on 45 LETTER MOTION re Request for Adjournment of Conference: The Court will hold a teleconference with the attorneys on October 27, 2020, at 2:15 p.m. To access the conference, counsel should call 888–363–4749 and use access code 5421540#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences. The Clerk of Court is directed to terminate Doc. #45. SO ORDERED. (Signed by Judge Jesse M. Furman on 10/16/2020) (ab) (Entered: 10/16/2020) |
| 10/27/2020 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Conference as to Mustapha Raji held via teleconference on 10/27/2020. Jeremy Schneider present for Defendant, whose presence is waived for the conference. AUSAs Dina McLeod and Eun Young Choi present. Court reporter present. –– Motions due by 1/15/2021. Opposition due by 1/29/2021. Replies due by 2/5/2021. The next Pretrial Conference is scheduled for 1/20/2021 at 3:30 PM. Time is excluded in the interests of justice from 10/27/2020 until 1/20/2021. –– Parties advised of Rule 5(f) Brady obligations. (ab) (Entered: 10/28/2020) |
| 10/29/2020 | 47 | ORDER as to Mustapha Raji: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. (Signed by Judge Jesse M. Furman on 10/29/2020) (ab) (Entered: 10/29/2020) |
| 11/02/2020 | 48 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated November 2, 2020 re: Request for Bond Modification Related to Medical Treatment . Document filed by Mustapha Raji. (Attachments: # 1 Exhibit)(Schneider, Jeremy) (Entered: 11/02/2020) |
| 11/02/2020 | 49 | MEMO ENDORSEMENT as to Mustapha Raji (1) granting 48 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated November 2, 2020 re: Request for Bond Modification Related to Medical Treatment. ENDORSEMENT: Application GRANTED. The Clerk of Court is directed to terminate ECF No. 48. SO ORDERED. (Signed by Judge Jesse M. Furman on 11/2/2020) (ap) (Entered: 11/02/2020) |

| | | |
|---|---|---|
| 01/04/2021 | 50 | ORDER as to Mustapha Raji: There is a proceeding in this matter scheduled for January 20, 2021. Counsel are directed to confer and, within two business days of this Order, submit a joint letter indicating their views on whether the proceeding should be held or if it should be adjourned (and, if so, for how long). **(See ORDER.)** (Signed by Judge Jesse M. Furman on 1/4/2021) (ab) (Entered: 01/04/2021) |
| 01/05/2021 | 51 | LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated January 5, 2021 re: Request for Conference to be Held As Scheduled . Document filed by USA as to Mustapha Raji. (McLeod, Dina) (Entered: 01/05/2021) |
| 01/06/2021 | 52 | MEMO ENDORSEMENT on 51 LETTER MOTION re Request for Conference to be Held As Scheduled as to Mustapha Raji: The Court will hold a teleconference on January 20, 2020, at 3:00 p.m., in which the defendant shall also participate. The defendant and counsel should join the conference by calling the Court's dedicated conference call line at (888) 363–4749, using access code 542–1540 followed by the pound (#) key. Members of the public may access the conference using the same call–in information, but will be placed in listen–only mode. Recording of the conference is prohibited by law. The Clerk of Court is directed to terminate Doc. #51. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/5/2021) (ab) (Entered: 01/06/2021) |
| 01/15/2021 | 53 | MOTION to Suppress . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 01/15/2021) |
| 01/15/2021 | 54 | MEMORANDUM in Support by Mustapha Raji re 53 MOTION to Suppress .. (Attachments: # 1 Exhibit B)(Schneider, Jeremy) (Entered: 01/15/2021) |
| 01/20/2021 | 55 | LETTER by Mustapha Raji addressed to Judge Jesse M. Furman from Jeremy Schneider dated January 20, 2021 re: Exhibit A to Defendant's Motion to Suppress (Attachments: # 1 Exhibit A to Defendant's Motion to Suppress)(Schneider, Jeremy) (Entered: 01/20/2021) |
| 01/20/2021 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Pretrial Conference as to Mustapha Raji held via teleconference on 1/20/2021. Defendant present (out on bail) with attorneys Jeremy Schneider and Rachel Parrillo. AUSA Eun Young Choi present. Court reporter present. –– Defendant consents to proceed via teleconference. The next Pretrial Conference is scheduled for 5/10/2021 at 10:00 am. Time is excluded in the interests of justice from 1/20/2021 until 5/10/2021. (ab) (Entered: 02/02/2021) |
| 01/25/2021 | 56 | LETTER by Mustapha Raji addressed to Judge Jesse M. Furman from Jeremy Schneider dated January 25, 2021 re: Attaching signed and notarized copy of Exhibit B to Motion to Suppress (Attachments: # 1 Exhibit B)(Schneider, Jeremy) (Entered: 01/25/2021) |
| 01/29/2021 | 57 | SEALED DOCUMENT held in Chambers. (ab) (Entered: 01/29/2021) |
| 01/29/2021 | 58 | MEMORANDUM in Opposition by USA as to Mustapha Raji re 53 MOTION to Suppress .. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(McLeod, Dina) (Entered: 01/29/2021) |
| 02/03/2021 | 59 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated February 3, 2021 re: Requesting a One Week Extension to File Reply . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 02/03/2021) |
| 02/03/2021 | 60 | MEMO ENDORSEMENT on 59 LETTER MOTION re Requesting a One Week Extension to File Reply as to Mustapha Raji: Application GRANTED. The Clerk of Court is directed to terminate Doc. #59. SO ORDERED. (Signed by Judge Jesse M. Furman on 2/3/2021) (ab) (Entered: 02/03/2021) |
| 02/12/2021 | 61 | REPLY MEMORANDUM OF LAW in Support as to Mustapha Raji re: 53 MOTION to Suppress . . (Schneider, Jeremy) (Entered: 02/12/2021) |
| 03/19/2021 | 62 | MOTION to Appoint Expert *Dylan Schneider*. Document filed by Mustapha Raji. (Attachments: # 1 Exhibit)(Schneider, Jeremy) (Entered: 03/19/2021) |
| 03/22/2021 | 63 | MEMO ENDORSEMENT on 62 Letter Motion to Appoint Expert as to Mustapha Raji: The Court appreciates counsel's disclosure of the relationship and has no reason to doubt counsel's (or his son's) good faith, but concludes that, at least in these circumstances (namely, where the services do not require particular expertise and there |

| | | |
|---|---|---|
| | | is no strong argument for the appointment of the particular person) it is not appropriate to use CJA funds to pay the relative of counsel applying for funds. Accordingly, the request is denied without prejudice to a new application for someone other than counsel's son. The Clerk of Court is directed to terminate ECF No. 62. (Signed by Judge Jesse M. Furman on 3/22/2021) (ab) (Entered: 03/22/2021) |
| 04/15/2021 | 64 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated 4/15/21 re: Bail Modification *Jeremy Schneider*. Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 04/15/2021) |
| 04/15/2021 | 65 | MEMO ENDORSEMENT on 64 LETTER MOTION re Bail Modification as to Mustapha Raji: Application GRANTED. The Clerk of Court is directed to terminate Doc. #64. SO ORDERED. (Signed by Judge Jesse M. Furman on 4/15/2021) (ab) (Entered: 04/15/2021) |
| 04/23/2021 | 66 | ORDER as to Mustapha Raji: Having reviewed the parties' submissions regarding Defendant's motion to suppress evidence from the two cell phones that were seized from his home during his arrest, see ECF No. 53, the Court agrees with the parties that an evidentiary hearing is unnecessary, see ECF No. 61, at 7 (conceding that "the need for a hearing appears to be moot"). That said, the Court will hear oral argument on the motion at the next pretrial conference on May 10, 2021. SO ORDERED. (Signed by Judge Jesse M. Furman on 4/23/2021) (See ORDER as set forth) (lnl) (Entered: 04/23/2021) |
| 04/27/2021 | 67 | ORDER as to Mustapha Raji: There is a proceeding in this matter scheduled for **May 10, 2021, at 10:30 a.m.** Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely or not appear at all), counsel should confer with the other side and, no later than May 3, 2021, submit a letter motion to that effect. Additionally, counsel should be prepared to set a trial date at the conference and, to that end, should confer about it in advance (mindful that, COVID−19 issues aside, any trial date would be a firm date). (Signed by Judge Jesse M. Furman on 4/27/2021)(ab) (Entered: 04/27/2021) |
| 04/29/2021 | 68 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated April 29, 2021 re: May 10th Conference . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 04/29/2021) |
| 04/30/2021 | 69 | AFFIDAVIT of Special Agent Michael Ryan in Opposition by USA as to Mustapha Raji re: 53 MOTION to Suppress .. (Attachments: # 1 Exhibit A)(McLeod, Dina) (Entered: 04/30/2021) |
| 04/30/2021 | 70 | MEMO ENDORSEMENT on 68 LETTER MOTION re May 10th Conference as to Mustapha Raji: The Defendant's physical presence is waived. The Defendant should join the conference by calling the Court's dedicated conference call line at (888) 363−4749, using access code 542−1540 followed by the pound (#) key. Members of the public and press may access the conference using the same call−in information, but will be placed in listen−only mode. Counsel shall provide the Court's staff, via email, with the telephone number from which the Defendant will be calling. SO ORDERED. (Signed by Judge Jesse M. Furman on 4/30/2021) (ab) (Entered: 04/30/2021) |
| 05/10/2021 | 71 | ORDER denying 53 Motion to Suppress as to Mustapha Raji (1). The motion was denied for the reasons stated on the record at the conference held earlier today. See Transcript for ruling. SO ORDERED. (Signed by Judge Jesse M. Furman on 5/10/2021) (Text Only Order) (Furman, Jesse) (Entered: 05/10/2021) |
| 05/10/2021 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Oral Argument as to Mustapha Raji held on 5/10/2021 re: 53 MOTION to Suppress. Defendant present (via telephone) with attorney Jeremy Schneider. AUSA Dina McLeod present. Court reporter present. −− Pursuant to Fed R. Crim. P. 5(f), the Court reminded the Government of its obligations under Brady v. Maryland and its progeny. −− Motion to Suppress is DENIED for the reasons stated on the record. −− Trial is scheduled for 4/26/2022 and is estimated to last 5−7 days. Time is excluded in the interests of justice from 5/10/2021 until 4/26/2022. (ab) (Entered: 05/11/2021) |

| | | |
|---|---|---|
| 05/24/2021 | 72 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Conference held on 5/10/21 before Judge Jesse M. Furman. Court Reporter/Transcriber: Jennifer Thun, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2021. Redacted Transcript Deadline set for 6/24/2021. Release of Transcript Restriction set for 8/23/2021. (McGuirk, Kelly) (Entered: 05/24/2021) |
| 05/24/2021 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Conference proceeding held on 5/10/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 05/24/2021) |
| 03/04/2022 | 75 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated March 4, 2022 re: Request to postpone trial date due to scheduling conflict . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 03/04/2022) |
| 03/10/2022 | 76 | MEMO ENDORSEMENT on 75 LETTER MOTION re Request to postpone trial date due to scheduling conflict as to Mustapha Raji: Application GRANTED (without happiness). Trial is ADJOURNED to September 12, 2022. Time is excluded under the Speedy Trial Act between today and September 12, 2022, to ensure continuity of counsel and allow the parties to prepare for trial. The Clerk of Court is directed to terminate ECF No. 75. SO ORDERED. (Signed by Judge Jesse M. Furman on 3/10/2022) (ab) (Entered: 03/10/2022) |
| 03/25/2022 | 77 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated March 25, 2022 re: Request for permission to change residences . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 03/25/2022) |
| 03/28/2022 | 78 | MEMO ENDORSEMENT on 77 LETTER MOTION re Request for permission to change residences as to Mustapha Raji: Application GRANTED. The Clerk of Court is directed to terminate Doc. #77. SO ORDERED. (Signed by Judge Jesse M. Furman on 3/28/2022) (ab) (Entered: 03/28/2022) |
| 07/14/2022 | 79 | SCHEDULING ORDER as to Mustapha Raji: Trial in this case is scheduled for September 12, 2022 at 9:30 a.m. It is hereby ORDERED that any proposed voir dire, proposed jury instructions, and proposed verdict forms, as well as any motions in limine or trial memoranda, shall be filed by noon on September 1, 2022. Any opposition to a motion in limine or trial memorandum shall be filed by 5 p.m. on September 6, 2022. In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed voir dire, proposed jury instructions, and proposed verdict forms must be e–mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov. It is further ORDERED that the parties appear for a final pretrial conference on September 8, 2022, at 10:00 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel. The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman. (Motions due by 9/1/2022. Responses due by 9/6/2022. Jury Trial set for 9/12/2022 at 09:30 AM before Judge Jesse M. Furman, Pretrial Conference set for 9/8/2022 at 10:00 AM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman) (Signed by Judge Jesse M. Furman on 7/14/2022) (ap) Modified on 7/14/2022 (ap). (Entered: 07/14/2022) |
| 07/22/2022 | 80 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated July 22, 2022 re: Request for Status Conference . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 07/22/2022) |
| 07/22/2022 | 81 | MEMO ENDORSEMENT as to Mustapha Raji (1) granting 80 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated July 22, 2022 re: Request for Status Conference. ENDORSEMENT: Application GRANTED. The Court will hold a telephone conference on July 26, 2022, at 2:15 p.m.. The parties |

| | | |
|---|---|---|
| | | should join the conference by calling the Court's dedicated conference call line at (888) 363–4749, using access code 542–1540 followed by the pound (#) key. Members of the public and press may access the conference using the same call–in information, but will be placed in listen–only mode. The Clerk of Court is directed to terminate Doc. #80. (Signed by Judge Jesse M. Furman on 7/22/2022) (ap) (Entered: 07/22/2022) |
| 07/22/2022 | | Set/Reset Hearings as to Mustapha Raji: Telephone Conference set for 7/26/2022 at 02:15 PM before Judge Jesse M. Furman. (ap) (Entered: 07/22/2022) |
| 07/26/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Telephone Conference as to Mustapha Raji held on 7/26/2022. Defendant present with attorney Jeremy Schneider. AUSA present. Court reporter present. –– Defendant's request for an adjournment is denied without prejudice to renewed application. (ab) (Entered: 09/15/2022) |
| 08/11/2022 | 82 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated August 11, 2022 re: Request to change time of final pretrial conference on September 8, 2022 . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 08/11/2022) |
| 08/12/2022 | 83 | MEMO ENDORSEMENT granting 82 LETTER MOTION re: 82 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated August 11, 2022 re: Request to change time of final pretrial conference on September 8, 2022...ENDORSEMENT...Application GRANTED. The final pretrial conference is hereby rescheduled to 11:00 a.m. on September 8, 2022. The Clerk of Court is directed to terminate Doc. #82. SO ORDERED (Signed by Judge Jesse M. Furman on 8/12/22) (jw) (Entered: 08/12/2022) |
| 08/12/2022 | | Set/Reset Deadlines/Hearings as to Mustapha Raji: Pretrial Conference set for 9/8/2022 at 11:00 AM before Judge Jesse M. Furman (jw) (Entered: 08/12/2022) |
| 08/16/2022 | 84 | SEALED DOCUMENT held in Judge Furman's Chambers. (ab) (Entered: 08/16/2022) |
| 08/17/2022 | 85 | JOINT LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated August 17, 2022 re: Parties' Schedule for Pretrial Disclosures Document filed by USA. (Sobelman, Robert) (Entered: 08/17/2022) |
| 08/17/2022 | 86 | NOTICE OF ATTORNEY APPEARANCE Robert Benjamin Sobelman appearing for USA. (Sobelman, Robert) (Entered: 08/17/2022) |
| 08/17/2022 | 87 | ENDORSED LETTER as to Mustapha Raji addressed to Judge Jesse M. Furman from Jilan Kamal and Robert B. Sobelman dated 8/17/22 re: The Government respectfully submits this letter on behalf of the parties to advise the Court that they have conferred and agreed to a schedule with respect to the exchange of certain material and information prior to and during trial. See The Attached Endorsement...ENDORSEMENT: SO ORDERED (Proposed Voir Dire set for 9/1/2022 at 12:00PM before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 8/17/22)(jw) (Entered: 08/18/2022) |
| 08/18/2022 | 88 | NOTICE OF ATTORNEY APPEARANCE Jilan Janet Kamal appearing for USA. (Kamal, Jilan) (Entered: 08/18/2022) |
| 08/18/2022 | 89 | NOTICE OF ATTORNEY APPEARANCE Catherine Elaine Ghosh appearing for USA. (Ghosh, Catherine) (Entered: 08/18/2022) |
| 08/29/2022 | 90 | SEALED DOCUMENT held in Judge Furman's Chambers. (ab) (Entered: 08/29/2022) |
| 08/30/2022 | 91 | SEALED DOCUMENT held in Judge Furman's Chambers. (ab) (Entered: 08/30/2022) |
| 08/31/2022 | 92 | MOTION in Limine . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 08/31/2022) |
| 08/31/2022 | 93 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated August 31, 2022 re: Request to Adjourn Trial . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 08/31/2022) |
| 09/01/2022 | 94 | MOTION in Limine . Document filed by USA as to Mustapha Raji. (Sobelman, Robert) (Entered: 09/01/2022) |

| | | |
|---|---|---|
| 09/01/2022 | 95 | PROPOSED EXAMINATION OF JURORS by USA as to Mustapha Raji. (Sobelman, Robert) (Entered: 09/01/2022) |
| 09/01/2022 | 96 | Request To Charge by USA as to Mustapha Raji. (Sobelman, Robert) (Entered: 09/01/2022) |
| 09/01/2022 | 97 | JOINT LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated September 1, 2022 re: Proposed Verdict Form Document filed by USA. (Attachments: # 1 Exhibit (Proposed Verdict Form))(Sobelman, Robert) (Entered: 09/01/2022) |
| 09/01/2022 | 98 | ORDER with respect to 93 LETTER MOTION seeking an adjournment of trial as to Mustapha Raji: The Government shall respond by September 2, 2022. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/1/2022) (Text Only Order) (Furman, Jesse) (Entered: 09/01/2022) |
| 09/01/2022 | 99 | LETTER RESPONSE in Opposition by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated September 1, 2022 re: 93 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated August 31, 2022 re: Request to Adjourn Trial .. (Sobelman, Robert) (Entered: 09/01/2022) |
| 09/02/2022 | 100 | MEMO ENDORSEMENT terminating 93 LETTER MOTION re: 93 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated August 31, 2022 re: Request to Adjourn Trial....ENDORSEMENT...The Court wholeheartedly agrees with the Government. The fact that the medical letter submitted on behalf of the Defendant comes from a self−described "walk−in clinic to treat a minor illness or injury" casts additional doubt on the need for the adjournment. The parties should be prepared to address at the final pretrial conference what accommodations, if any, the Defendant should be given during trial. The Clerk of Court is directed to terminate ECF No. 93. (Signed by Judge Jesse M. Furman on 9/2/22) (jw) (Entered: 09/02/2022) |
| 09/06/2022 | 101 | MEMORANDUM in Opposition by USA as to Mustapha Raji re 92 MOTION in Limine .. (Attachments: # 1 Exhibit 1)(Sobelman, Robert) (Entered: 09/06/2022) |
| 09/06/2022 | 102 | RESPONSE to Motion by Mustapha Raji re: 94 MOTION in Limine .. (Schneider, Jeremy) (Entered: 09/06/2022) |
| 09/06/2022 | 103 | ORDER denying 94 Motion in Limine as to Mustapha Raji (1). The Government's motion is denied as moot with respect to the first two categories of evidence or argument based on Defendant's representation at ECF No. 102 that he does not intend to present such evidence or argument. To the extent that the Government's motion with respect to the third category is not also moot based on Defendant's representations, it is denied without prejudice to renewal through objections at trial in the event that any such evidence is offered. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/6/22) (Text Only Order) (Furman, Jesse) (Entered: 09/06/2022) |
| 09/08/2022 | 104 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider, Esq. dated September 8, 2022 re: Requesting Approval of Electronics Order for Paralegal . Document filed by Mustapha Raji. (Attachments: # 1 Text of Proposed Order Electronics Order for Paralegal)(Schneider, Jeremy) (Entered: 09/08/2022) |
| 09/08/2022 | 105 | ORDER terminating 104 LETTER MOTION Requesting Approval of Electronics Order as to Mustapha Raji (1): The Court will provide the signed Order to counsel. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/8/22) (Text Only Order) (Furman, Jesse) (Entered: 09/08/2022) |
| 09/08/2022 | 106 | ORDER denying in part and deferring in part 92 Motion in Limine as to Mustapha Raji (1): For the Court's rulings, see the transcript of today's Final Pretrial Conference. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/8/22) (Text Only Order) (Furman, Jesse) (Entered: 09/08/2022) |
| 09/08/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Final Pretrial Conference as to Mustapha Raji held on 9/8/2022. Defendant present with attorney Jeremy Schneider. AUSAs Jilan Kamal, Robert Sobelman, and Catherine Ghosh present. Court reporter present. −− Trial to begin on Monday, September 12, 2022, at 9:30 a.m.. See transcript. (ab) Modified on 9/14/2022 (ab). (Entered: 09/14/2022) |

| | | |
|---|---|---|
| 09/09/2022 | 107 | LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated September 9, 2022 re: Admissibility of Defendant's Communications with CW−1 Post−Dating the Charged Scheme Document filed by USA. (Attachments: # 1 Exhibit GX 212, # 2 Exhibit GX 212A, # 3 Exhibit GX 313, # 4 Exhibit 313A−T, # 5 Exhibit GX 313B, # 6 Exhibit GX 313C, # 7 Exhibit GX 314)(Sobelman, Robert) (Entered: 09/09/2022) |
| 09/10/2022 | 108 | LETTER by Mustapha Raji addressed to Judge Jesse M. Furman from Jeremy Schneider dated September 10, 2022 re: Proposed Request to Charge (Attachments: # 1 Exhibit A)(Schneider, Jeremy) (Entered: 09/10/2022) |
| 09/11/2022 | 109 | LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated September 11, 2022 re: Correction to Dkt. No. 107 Document filed by USA. (Sobelman, Robert) (Entered: 09/11/2022) |
| 09/12/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Voir Dire held on 9/12/2022 as to Mustapha Raji. Defendant present with attorney Jeremy Schneider. Paralegal Mayerlin Ulerio present. AUSAs Jilan Kamal, Robert Sobelman, and Catherine Ghosh present. Paralegal Matthew Bailey present. Court reporter present. −− See transcript. Trial continued to 9/13/2022 at 9:00 a.m. (ab) (Entered: 09/14/2022) |
| 09/13/2022 | 110 | ORDER as to Mustapha Raji: Attached is a final version of the juror questionnaire that the Court used during oral voir dire on September 12, 2022. **SEE ORDER.** (Signed by Judge Jesse M. Furman on 9/13/2022) (ab) (Entered: 09/13/2022) |
| 09/13/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Jury Trial as to Mustapha Raji held on 9/13/2022. −− See transcript. Trial continued to 9/14/2022 at 9:00 a.m. (ab) (Entered: 09/14/2022) |
| 09/14/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Jury Trial as to Mustapha Raji held on 9/14/2022. −− See transcript. Trial continued to 9/15/2022 at 9:00 a.m. (ab) (Entered: 09/14/2022) |
| 09/15/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Jury Trial as to Mustapha Raji held on 9/15/2022. −− See transcript. Trial continued to 9/19/2022 at 9:00 a.m. (ab) (Entered: 09/15/2022) |
| 09/16/2022 | 111 | ORDER as to Mustapha Raji: Attached to this Order is the draft jury charge that was considered at the charge conference held on the record on September 15, 2022. **SEE ORDER.** (Signed by Judge Jesse M. Furman on 9/16/2022) (ab) (Entered: 09/16/2022) |
| 09/19/2022 | 112 | ORDER as to Mustapha Raji. The jury reached a verdict in this case on September 19, 2022. Attached to this Order are the note sent by the jury to the Court during deliberations (Court Exhibit 1), and the jury's verdict form (Court Exhibit 2), with the jurors' names and signatures redacted. SO ORDERED. (Signed by Judge Jesse M. Furman on 9/19/2022)(bw) (Entered: 09/19/2022) |
| 09/19/2022 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Jury Trial as to Mustapha Raji held on 9/19/2022. −− The jury has reached a verdict, GUILTY on all counts. See transcript. (ab) (Entered: 09/20/2022) |
| 09/19/2022 | | JURY VERDICT as to Mustapha Raji (1) Guilty on Counts 1, 2, 3, and 4 of the Indictment. −− See Doc. # 112 for the Verdict form. (ab) (Entered: 09/20/2022) |
| 09/20/2022 | 113 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Conference held on 9/8/2022 before Judge Jesse M. Furman. Court Reporter/Transcriber: Paula Horovitz, (212) 805−0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/11/2022. Redacted Transcript Deadline set for 10/21/2022. Release of Transcript Restriction set for 12/19/2022. (Moya, Goretti) (Entered: 09/20/2022) |
| 09/20/2022 | 114 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Conference proceeding held on 9/8/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made |

| | | |
|---|---|---|
| | | remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 09/20/2022) |
| 10/07/2022 | 115 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Trial held on 9/13/2022 before Judge Jesse M. Furman. Court Reporter/Transcriber: Paula Horovitz, (212) 805−0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2022. Redacted Transcript Deadline set for 11/7/2022. Release of Transcript Restriction set for 1/5/2023. (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 116 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Trial proceeding held on 9/13/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 117 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Trial held on 9/14/2022 before Judge Jesse M. Furman. Court Reporter/Transcriber: Paula Horovitz, (212) 805−0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2022. Redacted Transcript Deadline set for 11/7/2022. Release of Transcript Restriction set for 1/5/2023. (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 118 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Trial proceeding held on 9/14/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 119 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Trial held on 9/15/2022 before Judge Jesse M. Furman. Court Reporter/Transcriber: Paula Horovitz, (212) 805−0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2022. Redacted Transcript Deadline set for 11/7/2022. Release of Transcript Restriction set for 1/5/2023. (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 120 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Trial proceeding held on 9/15/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 121 | TRANSCRIPT of Proceedings as to Mustapha Raji re: Trial held on 9/19/2022 before Judge Jesse M. Furman. Court Reporter/Transcriber: Paula Horovitz, (212) 805−0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2022. Redacted Transcript Deadline set for 11/7/2022. Release of Transcript Restriction set for 1/5/2023. (McGuirk, Kelly) (Entered: 10/07/2022) |
| 10/07/2022 | 122 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mustapha Raji. Notice is hereby given that an official transcript of a Trial proceeding held on 9/19/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 12/08/2022 | 123 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated December 8, 2022 re: Request to adjourn sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 12/08/2022) |
| 12/08/2022 | 124 | MEMO ENDORSEMENT as to Mustapha Raji on 123 LETTER MOTION request to adjourn sentencing: Application GRANTED. Sentencing is hereby ADJOURNED to February 28, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #123. SO ORDERED. (Signed by Judge Jesse M. Furman on 12/8/2022) (ab) (Entered: 12/08/2022) |
| 01/27/2023 | 125 | LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated January 27, 2023 re: Related Case Letter and Request for Sentencing Date . Document filed by USA as to Mustapha Raji. (McLeod, Dina) (Entered: 01/27/2023) |
| 01/31/2023 | 126 | MEMO ENDORSEMENT as to Mustapha Raji on 125 LETTER MOTION addressed to Judge Jesse M. Furman from Dina McLeod dated January 27, 2023 re: Related Case Letter and Request for Sentencing Date. ENDORSEMENT: The Adeusi case has been transferred to the undersigned. A separate order will be entered with respect to his sentencing. The Clerk of Court is directed to terminate Doc. #11 in 19–CR–599 and Doc. #125 in 19–CR–870. SO ORDERED. (Signed by Judge Jesse M. Furman on 1/31/2023) (lnl) (Entered: 01/31/2023) |
| 02/08/2023 | 127 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated February 8, 2023 re: Request to Adjourn Sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 02/08/2023) |
| 02/09/2023 | 128 | MEMO ENDORSMENT granting 127 LETTER MOTION re: 127 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated February 8, 2023 re: Request to Adjourn Sentencing as to Mustapha Raji....ENDORSEMENT...The Court is unavailable on April 12, 2023, but sentencing is ADJOURNED to April 18, 2023, at 2:00pm. The Clerk of Court is directed to terminate Docket No. 127 (Signed by Judge Jesse M. Furman on 2/9/2023) (jw) (Entered: 02/09/2023) |
| 02/09/2023 | | Set/Reset Deadlines/Hearings as to Mustapha Raji: Sentencing set for 4/18/2023 at 02:00 PM before Judge Jesse M. Furman (jw) (Entered: 02/09/2023) |
| 03/24/2023 | 130 | SEALED DOCUMENT held in Judge Furman's Chambers. (ab) (Entered: 03/24/2023) |
| 03/30/2023 | 131 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated March 30, 2023 re: Request for extension to submit PSR objections and to adjourn sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 03/30/2023) |
| 03/31/2023 | 132 | MEMO ENDORSEMENT as to Mustapha Raji on 131 LETTER MOTION re Request for extension to submit PSR objections and to adjourn sentencing: Application GRANTED. Sentencing is hereby ADJOURNED to May 16, 2023, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #131. SO ORDERED. (Signed by Judge Jesse M. Furman on 3/30/2023) (ab) (Entered: 03/31/2023) |
| 05/02/2023 | 134 | SENTENCING SUBMISSION by Mustapha Raji. (Attachments: # 1 Exhibit A, # 2 Exhibit E)(Schneider, Jeremy) (Entered: 05/02/2023) |
| 05/09/2023 | 135 | SENTENCING SUBMISSION by USA as to Mustapha Raji. (Sobelman, Robert) (Entered: 05/09/2023) |
| 05/11/2023 | 136 | REVISED SCHEDULING ORDER as to Mustapha Raji: IT IS HEREBY ORDERED that the time for sentencing in this matter, scheduled for May 16, 2023, is changed from 3:15 p.m. to 2:45 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. SO ORDERED. (Sentencing set for 5/16/2023 at 02:45 PM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman) (Signed by Judge Jesse M. Furman on 5/11/2023) (lnl) (Entered: 05/11/2023) |
| 05/11/2023 | 137 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated May 11, 2023 re: Request to Adjourn Sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 05/11/2023) |

| | | |
|---|---|---|
| 05/12/2023 | 138 | MEMO ENDORSEMENT as to Mustapha Raji on 137 LETTER MOTION Requesting to Adjourn Sentencing: Application GRANTED. Sentencing is hereby ADJOURNED to June 15, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #137. SO ORDERED. (Signed by Judge Jesse M. Furman on 5/12/2023) (ab) (Entered: 05/12/2023) |
| 05/15/2023 | 139 | SENTENCING SUBMISSION by USA as to Mustapha Raji. (Ghosh, Catherine) (Entered: 05/15/2023) |
| 06/07/2023 | 140 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated June 7, 2023 re: Request to Adjourn Sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 06/07/2023) |
| 06/08/2023 | 141 | MEMO ENDORSEMENT as to Mustapha Raji (1) granting 140 LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated June 7, 2023 re: Request to Adjourn Sentencing. ENDORSEMENT: Application GRANTED. Sentencing is ADJOURNED to July 20, 2023, at 2:15 p.m. The Clerk of Court is directed to terminate Docket No. 140. (Signed by Judge Jesse M. Furman on 6/8/2023) (ap) (Entered: 06/08/2023) |
| 06/08/2023 | | Set/Reset Hearings as to Mustapha Raji: Sentencing set for 7/20/2023 at 02:15 PM before Judge Jesse M. Furman. (ap) (Entered: 06/08/2023) |
| 06/13/2023 | 142 | LETTER by USA as to Mustapha Raji addressed to Judge Jesse M. Furman dated June 13, 2023 re: Jury Instruction Document filed by USA. (Sobelman, Robert) (Entered: 06/13/2023) |
| 07/17/2023 | 143 | LETTER MOTION addressed to Judge Jesse M. Furman from Jeremy Schneider dated July 17, 2023 re: Request to Adjourn Sentencing . Document filed by Mustapha Raji. (Schneider, Jeremy) (Entered: 07/17/2023) |
| 07/17/2023 | 144 | MEMO ENDORSEMENT as to Mustapha Raji on 143 LETTER MOTION Requesting an Adjournment of Sentencing: Application GRANTED. Sentencing is hereby ADJOURNED to September 19, 2023, at 3:00 p.m. Given the number of adjournments granted to date, NO FURTHER ADJOURNMENTS will be granted. The Clerk of Court is directed to terminate Doc. #143. SO ORDERED. (Signed by Judge Jesse M. Furman on 7/17/2023) (ab) (Entered: 07/17/2023) |
| 09/13/2023 | 145 | SENTENCING SUBMISSION by Mustapha Raji. (Schneider, Jeremy) (Entered: 09/13/2023) |
| 09/14/2023 | | NOTICE as to Mustapha Raji: The time for sentencing in this matter, scheduled for September 19, 2023, is changed from 3:00 p.m. to 2:30 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. (Alexandra Smallman, Courtroom Deputy to the Hon. Jesse M. Furman) (Entered: 09/14/2023) |
| 09/15/2023 | 146 | SENTENCING SUBMISSION by USA as to Mustapha Raji. (Ghosh, Catherine) (Entered: 09/15/2023) |
| 09/19/2023 | | Minute Entry for proceedings held before Judge Jesse M. Furman: Sentencing held on 9/19/2023 for Mustapha Raji (1) Counts 1−4. Defendant present with attorney Jeremy Schneider. AUSAs Jilan Kamal, Robert Sobelman, and Catherine Ghosh present. FBI Special Agent Michael Ryan present. Court reporter present. −− See Judgment. (ab) (Entered: 09/19/2023) |
| 09/19/2023 | 147 | CONSENT ORDER OF RESTITUTION as to Mustapha Raji: The defendant shall pay restitution in the total amount of $711,557.54, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victim of the offense charged in Counts One through Four. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court. **SEE ORDER.** (Signed by Judge Jesse M. Furman on 9/19/2023) (ab) (Entered: 09/19/2023) |
| 09/19/2023 | 148 | SEALED DOCUMENT held in Judge Furman's Chambers. (ab) (Entered: 09/19/2023) |
| 09/19/2023 | 149 | CONSENT PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Mustapha Raji: As a result of the offenses charged in Counts One through Four of the Indictment, to which the Defendant was found guilty following a jury trial, a money |

| | | |
|---|---|---|
| | | judgment in the amount of $711,557.54 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Indictment that the Defendant personally obtained, and the property involved to the offense in Count Four of the Indictment, for which the Defendant is jointly and severally liable with the Coconspirator charged in Indictment 18 Cr. 853 (NRB), to the extent a forfeiture money judgment was entered against the Co−conspirator in that case, shall be entered against the Defendant. **SEE ORDER.** (Signed by Judge Jesse M. Furman on 9/19/2023) (ab) (Entered: 09/19/2023) |
| 09/20/2023 | 150 | JUDGMENT IN A CRIMINAL CASE as to Mustapha Raji (1). Date of Imposition of Judgment: 9/19/2023. The defendant was found guilty on Counts 1−4 of the Indictment after a plea of not guilty. Imprisonment: 36 months on each count to be served concurrently; Supervised Release: 3 years. −− **SEE JUDGMENT.** (Signed by Judge Jesse M. Furman on 9/19/2023) (ab) (Entered: 09/20/2023) |
| 09/28/2023 | 151 | NOTICE OF APPEAL by Mustapha Raji from 150 Judgment. (nd) (Entered: 09/28/2023) |
| 09/28/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Mustapha Raji to US Court of Appeals re: 151 Notice of Appeal.(nd) (Entered: 09/28/2023) |
| 09/28/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Mustapha Raji re: 151 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 09/28/2023) |
| 09/28/2023 | 152 | TRANSCRIPT REQUEST FORM B filed by Mustapha Raji for a Sentence proceeding held on 9/19/2023 before Judge Jesse M. Furman Transcript due by 10/10/2023. (nd) (Entered: 09/28/2023) |