**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: November 28, 2023
Docket #: 23-7222
Short Title: United States of America v. Raji

DC Docket #: 1:19-cr-870-1
DC Court: S.D.N.Y. (NEW YORK CITY)
Trial Judge - Jesse M. Furman

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.