# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| | |
| Rachel Perillo | |

November 29, 2023

**By ACMS**

Jessica McKenzie - Case Manager
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

> Re: United States v. Mustapha Raji
> 23-7222 (2d Cir.)

Dear Ms. McKenzie:

    I am the attorney for Mustapha Raji, the appellant in the above-named matter. This letter is respectfully submitted to inform you that we have received the sentencing transcript that was requested on September 28, 2023 for purposes of the instant appeal.

    Your time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider