# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

December 11, 2023

**By ACMS**

Jessica Mckenzie - Case Manager
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Mustapha Raji
    23-7222 (2d Cir.)

Dear Ms. Mckenzie:

    I am the attorney for Mustapha Raji, the appellant in the above-named matter. This letter is respectfully submitted pursuant to Local Rule 31.2 to request a briefing deadline of March 29, 2024.

    We request a briefing deadline beyond 91 days from receipt of the record because there is a possibility that Mr. Raji will either be requesting a new attorney to represent him on appeal or he may decide to withdraw his appeal. Additional time is needed to discuss this matter with Mr. Raji to determine how he wishes to proceed on appeal as he is currently incarcerated at FCI Devens in Massachusetts which makes it more difficult to communicate with him.

    If you have any questions regarding this application, please do not hesitate to contact me.

    Your time and attention to this matter is appreciated.

Respectfully submitted,

/s/

Jeremy Schneider