# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of January, two thousand twenty-four.

United States of America,

    Appellee,

v.

Mustapha Raji, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**

Docket No. 23-7222

    Counsel for Appellant has filed a scheduling request for an extended brief filing date of March 29, 2024.

    IT IS HEREBY ORDERED that the scheduling request is GRANTED. Appellant's brief must be filed on or before March 29, 2024. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

