# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7222-cr

**Caption [use short title]**

**Motion for:** Motion for Voluntary Dismissal of Appeal

United States v. Raji

**Set forth below precise, complete statement of relief sought:**

Mr. Raji wishes to withdraw his appeal of the Conviction and Sentence in this matter and therefore moves for voluntary dismissal of his criminal appeal.

**MOVING PARTY:** Mustapha Raji
**OPPOSING PARTY:** United States of America

☐ Plaintiff ■ Defendant
■ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeremy Schneider
**OPPOSING ATTORNEY:** Danielle Sassoon; Catherine Ghosh; Robert Sobelman

[name of attorney, with firm, address, phone number and e-mail]

Rothman, Schneider, Soloway & Stern LLP | U.S. Attorney's Office SDNY
100 Lafayette St., Suite 501, NY, NY 10013 | 26 Federal Plaza, 37th Floor, NY, NY 10278
212-571-5500; jschneider@rssslaw.com | 212-637-1115/1114/2616; Danielle.Sassoon@usdoj.gov; Robert.Sobelman@usdoj.gov; Catherine.Ghosh@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Jesse M. Furman, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
■ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ✔ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ■ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Jeremy Schneider  **Date:** 3/28/24  **Service:** ■ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)