```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :   MOTION FOR VOLUNTARY
             Appellee,             :   DISMISSAL OF APPEAL
                                   :
        -against-                  :   Docket No.: 23-7222
                                   :
MUSTAPHA RAJI,                     :
                                   :
             Defendant-Appellant.  :
-----------------------------------X

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )
```

JEREMY SCHNEIDER, pursuant to 28 U.S.C. § 1746, hereby declares under the penalties of perjury:

1. I am a member of the law firm of Rothman, Schneider, Soloway & Stern, LLP, the attorney of record for Mustapha Raji in the above-referenced case, and duly admitted to practice in this Court.

2. On February 5, 2020, I was appointed to represent Mr. Raji in the Southern District of New York, pursuant to 18 U.S.C § 3600A of the Criminal Justice Act (CJA).

3. On September 19, 2022, Mr. Raji was convicted at trial.[1] On September 19, 2023, he was sentenced by the Honorable Jesse M. Furman to 36 months' imprisonment and three years of supervised

---

[1] A jury convicted Mr. Raji of one count of attempt and conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; one count of wire fraud in violation of 18 U.S.C. § 1343; one count of sale or receipt of stolen goods, securities, moneys, etc. in violation of 18 U.S.C. § 2315; and one count of money laundering in violation of 18 U.S.C. § 1956.

release on each of the four counts of conviction, to run concurrently.

4. On September 28, 2023, counsel filed a Notice of Appeal on Mr. Raji's behalf appealing his Conviction and Sentence.

5. Thereafter, after discussing this matter with counsel, Mr. Raji indicated that he wished to withdraw his appeal. Accordingly, Mr. Raji submits the instant motion for voluntary dismissal of his criminal appeal.

6. Mr. Raji has conferred with counsel prior to making this motion for voluntary dismissal of his criminal appeal. As stated in the email[2] attached hereto as Exhibit A, Mr. Raji has been advised of the effect of voluntary dismissal and understands counsel's explanation of such.

Wherefore, it is respectfully requested that this Court may grant Mr. Raji's motion to dismiss his criminal appeal.

Dated:   March 28, 2024
         New York, New York

                                          _____/s/_____
                                          JEREMY SCHNEIDER
                                          Rothman, Schneider,
                                             Soloway & Stern, LLP
                                          100 Lafayette Street, Ste. 501
                                          New York, New York 10013
                                          (212) 571-5500

---

[2] Mr. Raji is incarcerated at FMC Devens in Massachusetts. This email was sent via the Corrlinks email system.

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for Voluntary Dismissal of a Criminal Appeal has been served by email on Danielle Sassoon, Esq., Catherine Ghosh, Esq., and Robert Sobelman, Esq. of the United States Attorney's Office for the Southern District of New York, 26 Federal Plaza, 37th Floor, New York, New York 10278, and by first-class mail on the Appellant, Mustapha Raji, Reg. # 26004104, FMC Devens, Federal Medical Center, P.O. Box 879, Ayer, Massachusetts, 01432.

Dated:  March 28, 2024
        New York, New York

_____/s/_____
JEREMY SCHNEIDER
Rothman, Schneider,
   Soloway & Stern, LLP
100 Lafayette Street, Ste. 501
New York, New York 10013
(212) 571-5500