# EXHIBIT A

# jeremy schneider

---

| | |
|---|---|
| **From:** | RAJI MUSTAPHA (26004104) |
| **Sent Date:** | Wednesday, March 27, 2024 8:07 AM |
| **To:** | jschneider@rssslaw.com |
| **Subject:** | intent to withdraw appeal |

This is notification of my intent to withdraw my appeal at this time; my attoney has explained the effects of withdrawing my appeal, I undersatnd my attorney's explanation and wish to withdraw my appeal at this time.

Thank You
Mustapha Raji