# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-four.

_____

United States of America,

        Appellee,

v.

Mustapha Raji, AKA Sealed Defendant 1,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 23-7222

     Appellant moves to withdraw the appeal.

     IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court