**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: April 3, 2024
Docket #: 23-7222
Short Title: United States of America v. Raji

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:19-cr-870-1
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jesse M. Furman

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.